# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUANA LUNA MATIAZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) JURY DEMAND |
| | ) CASE NO. 3:00-cv-00485 |
| V. | ) |
| | ) |
| GALEN DEAN EIDSON, | ) |
| RAY DEAN EIDSON, | ) |
| BEVERLY EIDSON, | ) |
| | ) |
| Defendants. | ) |

## MOTION OF RAY DEAN EIDSON AND BEVERLY EIDSON TO RECONSIDER COURT'S ORDER TO DESTORY DOCKET ENTRIES 67 AND 68

While the undersigned was out of the office during the entire week of 9/20/10, on 9/20/10 an email was sent through the Pacer system indicating that Docket Entries 67 and 68 should be retrieved by the parties or the Clerk was directed to destroy the materials. The undersigned has recently been communicating with Mario Ramos, BPR # 014150 who has indicated that he is the current attorney for the Plaintiffs. As a result of her communications with Mr. Ramos, it may be that additional pleadings will be filed with respect to this case. Therefore, the undersigned requests that the documents be retained in the court file and not be destroyed at this time.

RESPECTFULLY SUBMITTED,

So Ordered

/s/ Brenda Measells Dowdle
Brenda Measells Dowdle, #7060
213 Fifth Avenue, North
Nashville, TN 37219
(615) 259-9344
Attorney for Defendants
Ray Dean Eidson and Beverly Eidson

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been mailed postage prepaid to David J. White, Jr., White & Reasor, 3305 West End Avenue, Nashville, TN 37203, Attorney for Galen Dean Eidson and to Geoffrey Costen, Esq., Ramos and Associates, 172 2nd Avenue North, Suite 102, Nashville, TN 37201, Attorney for the Plaintiff, and to Mario Ramos, 611 Commerce Street, Suite 3119, Nashville, TN 37203 on September 30, 2010.

/s/ Brenda Measells Dowdle
BRENDA MEASELLS DOWDLE