IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUANA LUNA MATIAZ )
)
v. ) No. 3-00-0485
)
GALEN DEAN EIDSON, RAY DEAN )
EIDSON and BEVERLY EIDSON )

O R D E R

By order entered September 1, 2011 (Docket Entry No. 78), the Court granted the plaintiff's motion to reopen (Docket Entry No. 77) so that the order for transmission of funds under the settlement approved by the Court by order entered June 14, 2002 (Docket Entry No. 68), could be modified. Since that time, no filings were made until December 11, 2013, when the plaintiff made a multi-page filing that counsel labeled as supplement to the order entered September 1, 2011 (Docket Entry No. 79).

Counsel for the parties shall convene a telephone conference call with the Magistrate Judge on **Friday, December 20, 2013, at 1:00 p.m.,** to address whether any further action on the part of the Court is required in this case and if the case can again be closed.

If this scheduled conference call presents conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge